**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SHARQAQI ABDU ALI AL-HAJJ (ISN 1457),**<br><br>Petitioner,<br><br>v.<br><br>**BARACK OBAMA,** *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 09-745 (RCL)

## ORDER

A status conference was held in this matter on April 15, 2010. Pursuant to the representations of counsel in open court, it is hereby

ORDERED that respondents shall produce the documents identified in open court within 21 days of this order; and it is further

ORDERED that respondents shall conduct an additional search for exculpatory information and produce the results of that search within 21 days of this order.

A further status conference shall be held on May 14, 2010 at 9:30 A.M.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on April 15, 2010.